IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                                                              PLAINTIFF

v.                         Civil No. 5:22-CV-05167-TLB-CDC

SHERIFF TIM HELDER, Washington County, Arkansas;
MAJOR RANDALL DENZER, Washington County Detention
Center; CORPORAL TOM MULVANEY, Washington County
Detention Center
                                                                                                          DEFENDANTS

## MAGISTRATE'S REPORT AND RECOMMENDATION

The above-captioned civil rights action comes again before this Court on *pro se* Plaintiff Scharnhorst's Motion for a Temporary Restraining Order (TRO) to preserve video of a detainee-public defender meeting that took place in cell block A-6 on August 2, 2022, from approximately 2:25 PM – 2:45 PM. (ECF No. 25). This same video was the subject of Plaintiff's Motion for Emergency Subpoena, *see* (ECF No. 9), and, most recently, Plaintiff's Motion to Compel, *see* (ECF No. 21).

The Court denied Plaintiff's Motion for an Emergency Subpoena as premature. (ECF No. 13). The Court also denied Plaintiff's Motion to Compel. (ECF No. 22). This Court, however, ordered that the video be preserved, and Defendants, by and through counsel, filed a Notice with the Court that the video has been preserved. (ECF No. 26). Accordingly, it is recommended that Plaintiff's Motion for a Temporary Restraining Order (ECF No. 25) be **DENIED as MOOT.**

**The parties have fourteen days from receipt of the Report and Recommendation in**

1

which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

    IT IS SO ORDERED this 25th day of October 2022.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

2