IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                                              PLAINTIFF

V.                                    CASE NO. 5:22-CV-5167

SHERIFF TIM HELDER, Washington County, Arkansas;
MAJOR RANDALL DENZER,
Washington County Detention Center; and
CORPORAL TOM MULVANEY,
Washington County Detention Center                                                       DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation (Doc. 30) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.[1]

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's Motion for a Temporary Restraining Order (Doc. 25) is **DENIED AS MOOT**.

**IT IS SO ORDERED** on this 15th day of November, 2022.

>  /s/ Timothy L. Brooks
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE

---

[1] Mr. Scharnhorst filed a document called "Objections," see Doc. 35, but this document refers to Defendants' recently filed Answer (Doc. 32), not to the Report and Recommendation.