IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                                                       **PLAINTIFF**

V.                                        CASE NO. 5:22-CV-5167

**SHERIFF TIM HELDER, Washington County, Arkansas;
MAJOR RANDALL DENZER,**
Washington County Detention Center;
**CORPORAL TOM MULVANEY,**
Washington County Detention Center;
**JOHN DOE SHERIFF'S DEPUTY #2;
JOHN DOE SHERIFF'S DEPUTY #3;
JOHN DOE SHERIFF'S DEPUTY #4;
JOHN DOE SHERIFF'S DEPUTY #5;
CAPTAIN YATES; and DEPUTY RICHARD BELL**                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 103) filed in this case on March 11, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and Plaintiff's Motion for Contempt (Doc. 74) is **DENIED**, and Plaintiff's request for a hearing on that Motion is **DENIED**. Further, the Clerk is **DIRECTED** to **TERMINATE** John Doe Sheriff Deputy #2, John Doe Sheriff Deputy #3, John Doe Sheriff Deputy #4, and John Doe Sheriff Deputy #5 from this action.

**IT IS SO ORDERED** on this 29th day of March, 2024.

                                                            */s/ Timothy L. Brooks*
                                                            TIMOTHY L. BROOKS
                                                            UNITED STATES DISTRICT JUDGE