IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                **PLAINTIFF**

V.                      **CASE NO. 5:22-CV-05167**

**SHERIFF TIM HELDER,**
Washington County, Arkansas;
**MAJOR RANDALL DENZER,**
Washington County Detention Center;
**CORPORAL TOM MULVANEY,**
Washington County Detention Center;
**CAPTAIN YATES;**
and **DEPUTY RICHARD BELL**                                    **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 108) filed on May 28, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, Plaintiff's Motion to Supplement the Amended Complaint (Doc. 98), Motion for Subpoena (Doc. 100), and Motion to Supplement Response to Defendants' Motion for Summary Judgment (Doc. 106) are all **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Doc. 68) is **GRANTED** as follows:

1. Plaintiff's claims against Defendant Bell, are **DISMISSED WITHOUT PREJUDICE** for failure to first exhaust his administrative remedies pursuant to 42 U.S.C. § 1997e(a).

1

2. Plaintiff's claims against Defendants Tim Helder, Randall Denzer, Tom Mulvaney, and Defendant Yates for conspiracy to deprive Plaintiff of his constitutional rights pursuant to 42 U.S.C. § 1983 (claim 1) are **DISMISSED WITH PREJUDICE**.

3. Plaintiff's claims pursuant to 42 U.S.C. § 1983 against the John Doe Deputies stemming from his November 19, 2021, attorney/detainee meeting (claim 2) are **DISMISSED WITH PREJUDICE**.

4. Plaintiff's claims pursuant to 42 U.S.C. § 1983 against the John Doe Deputies stemming from his December 14, 2021 (claim 4) attorney/detainee meeting are **DISMISSED WITH PREJUDICE**.

5. Plaintiff's claims pursuant to 42 U.S.C. § 1983 against Defendant Tom Mulvaney (claim 6) are **DISMISSED WITH PREJUDICE**.

A judgment will enter separately, and the Clerk of Court is directed to **CLOSE THE CASE**.

**IT IS SO ORDERED** on this 28th day of June, 2024.

                                                */s/ Timothy L. Brooks*_____
                                                TIMOTHY L. BROOKS
                                                UNITED STATES DISTRICT JUDGE