IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                              **PLAINTIFF**

V.                              **CASE NO. 5:22-CV-05167**

**SHERIFF TIM HELDER,**
Washington County, Arkansas;
**MAJOR RANDALL DENZER,**
Washington County Detention Center;
**CORPORAL TOM MULVANEY,**
Washington County Detention Center;
**CAPTAIN YATES;**
and **DEPUTY RICHARD BELL**                                                   **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the Order filed this day adopting the Magistrate Judge's Report and Recommendation (Doc. 108), **IT IS HEREBY ORDERED AND ADJUDGED** that the case is dismissed.

**IT IS SO ORDERED AND ADJUDGED** on this 28th day of June, 2024.

>                                                     */s/ Timothy L. Brooks*
>                                                     TIMOTHY L. BROOKS
>                                                     UNITED STATES DISTRICT JUDGE